IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Janet C. Sills, | : |
| | : |
| Plaintiff, | : Case No.: 1:15-cv-04060-AT-CMS |
| | : |
| Equifax Information Services, LLC, | : |
| And USAA Federal Savings Bank, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Janet C. Sills, in the above styled and numbered matter, by and through her undersigned counsel, and respectfully notifies the Court that Plaintiff and Defendant Equifax Information Services, LLC have settled their dispute in principle. The Parties' settlement resolves Plaintiff's claims against Defendant Equifax Information Services, LLC and obviates the need for Defendant Equifax Information Services, LLC to file an Answer. Once the settlement documents are finalized, Plaintiff intends to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 21st day of January, 2016.

| | |
|---|---|
| */s/ Paul Sieg* | */s/ Matthew T. Berry* |
| Plaintiff's Attorney | Plaintiff's Attorney |
| Paul Sieg, Bar No.: 334182 | Matthew T. Berry, Bar No. 055663 |
| Berry & Associates | Berry & Associates |
| 2751 Buford Highway, Suite 600 | 2751 Buford Highway, Suite 600 |
| Atlanta, GA 30324 | Atlanta, GA 30324 |
| Ph. (404) 235-3305 | Ph. (404) 235-3334 |
| Fax (678) 335-5724 | Fax (404) 996-1971 |
| psieg@mattberry.com | matt@mattberry.com |

### CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 21st day of January, 2016.

                                            */s/ Paul J. Sieg*
                                            Paul J. Sieg
                                            Georgia Bar No. 334182

                                            */s/ Matthew T. Berry*
                                            Matthew T. Berry
                                            Georgia Bar No. 055663

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system on this 21st day of January, 2016.

>Tameika Montgomery
>King & Spalding
>Attorney for Defendant Equifax
>Information Services, LLC
>1180 Peachtree Street NE
>Atlanta, Georgia  30309-3521
>tmontogomery@kslaw.com
>(404) 215-5957

>*/s/ Paul J. Sieg*
>Paul J. Sieg
>Georgia Bar No. 334182

>*/s/ Matthew T. Berry*
>Matthew T. Berry
>Georgia Bar No. 055663