AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USAA Federal Savings Bank
was received by me on *(date)* 01/07/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation Systems, Registered Agent, Tracie Hollywood, SOP Intake Coordinator Assoc who is designated by law to accept service of process on behalf of *(name of organization)* USAA Federal Savings Bank 1999 Bryan Street, Suite 900 Dallas, Texas 75201 on *(date)* 01/08/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/08/2016

*Server's signature*

MLQ Attorney Services, Inc.
2000 Riveredge Parkway, Suite 885
Atlanta, GA 30328
*Printed name and title*

Sh_____ J. Barns
Tex__ Supreme Court
ID# SCH180

490785

*Server's address*

Additional information regarding attempted service, etc: